**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**



FILED

MAR – 8 2022

PATRICK KEANEY
Clerk, U.S. District Court

By_____
Deputy Clerk

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Plaintiff,* | **SEALED** |
| **v.** | **Case No. CR 22-042-RAW** |
| **MARCI ANN WEEDON,** | |
| *Defendant.* | |

## I N D I C T M E N T

The Federal Grand Jury charges:

### COUNT ONE

**ASSAULT RESULTING IN SERIOUS BODILY INJURY IN INDIAN COUNTRY
[18 U.S.C. §§ 113(a)(6), 1151, & 1152]**

On or about November 13, 2020, within the Eastern District of Oklahoma, in Indian Country, the defendant, **MARCI ANN WEEDON,** a non-Indian, did assault A.G., an Indian, resulting in serious bodily injury, in violation of Title 18, United States Code, Sections 113(a)(6), 1151, and 1152.

### COUNT TWO

**ASSAULT WITH A DANGEROUS WEAPON WITH
INTENT TO DO BODILY HARM IN INDIAN COUNTRY
[18 U.S.C. §§ 113(a)(3), 1151, & 1152]**

On or about November 13, 2020, within the Eastern District of Oklahoma, in Indian Country, the defendant, **MARCI ANN WEEDON**, a non-Indian, did assault A.G., an Indian, with a dangerous weapon with intent to do bodily harm, in violation of Title 18, United States Code, Sections 113(a)(3), 1151, and 1152.

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

CHRISTOPHER J. WILSON
United States Attorney

s / Foreperson
FOREPERSON OF THE GRAND JURY

BENJAMIN D. TRASTER, DC BAR #991030
Assistant United States Attorney

2